O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | Case No. CV 12-04736 DDP (CWx) |
| Plaintiff, | ) | **ORDER GRANTING RECEIVER'S MOTION TO APPROVE EMPLOYMENT OF GENERAL COUNSEL** |
| v. | ) | |
| CONSUMER ADVOCATES GROUP EXPERTS, LLC, et al., | ) | [Docket No. 21] |
| Defendants. | ) | |

Presently before the court is Temporary Receiver Michael A. Grassmueck's Motion for Order Approving Employment of General Counsel ("Motion"). Defendants have not filed any opposition to the Motion.

The court has authority pursuant to its inherent equitable powers to authorize the Receiver to employ counsel. See <u>SEC v. Capital Consultants, LLC</u>, 397 F.3d 733, 738 (9th Cir. 2005) ("'[A] district court's power to supervise an equity receivership and to determine the appropriate action to be taken in the administration of the receivership is extremely broad.'" (quoting <u>SEC v. Hardy</u>, 803 F.2d 1034, 1037 (9th Cir. 1986))).

1     For the reasons set forth in the Motion, the court finds that
2 the requested employment of counsel is appropriate to
3 administration of the receivership. The court therefore GRANTS the
4 Receiver's Motion.

7 IT IS SO ORDERED.

10 Dated: July 10, 2012

                                              DEAN D. PREGERSON
11                                         United States District Judge